UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DARRYL SCHUMAKER, )<br>)<br>Defendant. )<br>_____) | Civil Action Case No. 0:13-cv-61024-WPD |

**PLAINITFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF DARRYL SCHUMAKER**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendant, Darryl Shumaker ("Defendant") from this action without prejudice. Pursuant to Fed. R. Civ. P 41 41(a)(1)(A)(i), Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith, Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 18, 2013

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
One Biscayne Tower
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By: /s/ *M. Keith Lipscomb*