UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA



MALIBU MEDIA, LLC
    Plaintiff,
vs.                                  CIVIL ACTION NO.: 0:13-CV-061024-WPD

DARRYL SCHUMAKER
    Defendant.
_____/

## SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on February 23, 2014 DARRYL G SCHUMAKER AND JAMES J SCHUMAKER, Defendant in the above-styled case, filed a Voluntary Petition in the United States Bankruptcy Court for the Southern District of Florida, under Chapter 7 of the Bankruptcy Code, **Case No.: 14-14152.** A confirmation of the bankruptcy is attached as "Exhibit A."

Pursuant to the Section 301 of the Bankruptcy Code, the filing of the Petition constitutes an order for relief. Pursuant to Section 362 of the Bankruptcy Code, the filing of the petition operates as a stay of:

1)     The commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Defendant that was or could have been commenced before the issuance of this Order, or to recover a claim against the Defendant that arose before the issuance of the Order;

2)     The enforcement, against the Defendant or against property of the estate, of a judgment obtained before the issuance of the Order; Any act to obtain possession of property of the estate or of property from the estate of to exercise control over property of the estate;

3)  Any act to create, perfect, or enforce any lien against property of the estate;

4)  Any act to create, perfect, or enforce against property of the Defendant any lien to the extent that such lien secures a claim that arose before the issuance of the Order, except to the extent provided in Section 362(b);

5)  Any act to collect, assess, or recover a claim against the Defendant that arose before the issuance of the Order;

6)  The set-off of any debt owing to the Defendant that arose before issuance of the Order against any claim against the Defendant; and

7)  The commencement or continuation of a proceeding before the United States Tax Court concerning the tax liability of a debtor who is an individual for a taxable period ending before the date of the Order.

Respectfully submitted,

Bankruptcy Law Firm of Casas & Mayor
7450 Griffin Road, Suite 170
Davie, Florida 33314
Tel: (954) 327-5700
Fax: (954) 727-9976
Email: clarecasas@ombankruptcy.com

BY: _____
Orfelia M. Mayor, Esq.
Florida Bar No.: 646751
Clare A. Casas, Esq.
Florida Bar No.: 0663239

## CERTIFICATE OF SERVICE

**I CERTIFY** that on this 24th day of February, 2014 a true and correct copy of this Suggestion of Bankruptcy was sent to the attorney of record: M. Keith Lipscomb, Esq., Lipscomb Eisenberg & Baker, PL, 2 South Biscayne Blvd., PH 3800, Miami, FL 33131 by regular U.S. Mail and e-mail.

_____
Clare A. Casas, Esq.